United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Erica Lelah Berta

     Debtor

Case No. 22-00419-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Apr 11, 2022

User: AutoDocke

Form ID: ntcnfhrg

Page 1 of 3

Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Erica Lelah Berta, 193 Bell Bend Rd, Berwick, PA 18603-6814 |
| 5463742 | | Aes/Cross Valley Fcu, 640 Baltimore Dr, Wilkes Barre, PA 18702-7943 |
| 5463743 | | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5463744 | | American Education Services/Pheaa, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5463740 | | Berta Erica Lelah, 193 Bell Bend Rd, Berwick, PA 18603-6814 |
| 5463745 | | Brian David Berta, 193 Bell Bend Rd, Berwick, PA 18603-6814 |
| 5463750 | | FM/Citizens/Nelnet, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5463741 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5463757 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5467913 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5463761 | | Vital Recovery Services, LLC, PO Box 923747, Norcross, GA 30010-3747 |
| 5463762 | # | Volkeswagon Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 5464884 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5463763 | | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 5463764 | | Wells Fargo Dealer Svc, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2022 18:46:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5463743 | | Email/Text: bncnotifications@pheaa.org | Apr 11 2022 18:41:00 | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5463744 | | Email/Text: bncnotifications@pheaa.org | Apr 11 2022 18:41:00 | American Education Services/Pheaa, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5463749 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 11 2022 18:41:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5463746 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2022 18:46:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5463747 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2022 18:46:24 | Capital One Bank (USA) NA, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 5465560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2022 18:46:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5463748 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2022 18:46:28 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5463751 | | Email/Text: Documentfiling@lciinc.com | Apr 11 2022 18:41:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |

| 5463752 | + Email/Text: Documentfiling@lciinc.com | Apr 11 2022 18:41:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
|---|---|---|---|
| 5463753 | Email/Text: camanagement@mtb.com | Apr 11 2022 18:41:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5463754 | Email/Text: camanagement@mtb.com | Apr 11 2022 18:41:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5468804 | Email/Text: camanagement@mtb.com | Apr 11 2022 18:41:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5463755 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 11 2022 18:42:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5463756 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 11 2022 18:42:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5465214 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 11 2022 18:42:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5463758 | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2022 18:46:25 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 5463802 | + Email/PDF: gecsedi@recoverycorp.com | Apr 11 2022 18:46:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5463759 | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2022 18:46:29 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5467913 | Email/Text: bncnotifications@pheaa.org | Apr 11 2022 18:41:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5463760 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 11 2022 18:41:00 | Verizon Wireless Bankruptcy Admin, PO Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

Jason Paul Provinzano

on behalf of Debtor 1 Erica Lelah Berta MyLawyer@JPPLaw.com  G17727@notify.cincompass.com

Rebecca Ann Solarz

on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erica Lelah Berta,
aka Erica Berta, aka Erica L. Berta,

Chapter        13

**Debtor 1**

Case No.        5:22−bk−00419−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 17, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 24, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

### FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 11, 2022 |

ntcnfhrg (08/21)