UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  ERICA LELAH BERTA
       ERICA L. BERTA, ERICA BERTA

                  Debtor(s)

                  CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                  Movant
vs.
ERICA LELAH BERTA                   CASE NO: 5-22-00419-MJC
ERICA L. BERTA, ERICA BERTA

                  Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 20, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    April 20, 2023                         Respectfully submitted,

                                                   /s/   Agatha R. McHale, Esquire
                                                   ID: 47613
                                                   Attorney for Movant
                                                   Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA 17036
                                                   Phone:  (717) 566-6097
                                                   email:  amchale@pamd13trustee.com

<pre>
         UNITED STATES BANKRUPTCY COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
</pre>

In Re:   ERICA LELAH BERTA
         ERICA L. BERTA, ERICA BERTA

                          Debtor(s)
                                              CHAPTER 13
         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                          Movant
         vs.
         ERICA LELAH BERTA                    CASE NO: 5-22-00419-MJC
         ERICA L. BERTA, ERICA BERTA

                          Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    May 18, 2023 at 10:00 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3,200.00**
   **AMOUNT DUE FOR THIS MONTH: $890.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $4,090.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail mail to:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

Case 5:22-bk-00419-MJC    Doc 24    Filed 04/20/23    Entered 04/20/23 10:13:12    Desc
Page 2 of 5

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:  April 20, 2023

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ERICA LELAH BERTA
ERICA L. BERTA, ERICA BERTA

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant

vs.

ERICA LELAH BERTA
ERICA L. BERTA, ERICA BERTA

    Respondent(s)

CHAPTER 13

CASE NO: 5-22-00419-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 20, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE PA  18701-1708

UNITED STATES TRUSTEE
1501 N 6TH STREET
PO BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

ERICA LELAH BERTA
193 BELL BEND RD
BERWICK  PA   18603-6814

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 20, 2023

/s/  Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICA LELAH BERTA
AKA: ERICA L. BERTA, ERICA
BERTA

      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 5-22-00419-MJC

vs.

ERICA LELAH BERTA
AKA: ERICA L. BERTA, ERICA
BERTA

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.