United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00419-MJC |
| Erica Lelah Berta | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 01, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Attn: Payroll/Business Office, Hazleton Area School District, 1515 West 23rd Street, Hazleton Township, PA 18202-1647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Erica Lelah Berta MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Erica Lelah Berta | : | CHAPTER 13 |
| Movant | : | |
| vs | : | CASE NO.: 5-22-bk-00419-MJC |
| | : | |
| Hazleton Area School District and | : | Motion to Authorize |
| Jack N. Zaharopoulos, Trustee | : | Wage Attachment |
| Respondents | : | |

### ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition Under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby **ORDERED** that until further Order of this Court:

Attn: Payroll/Business Office
Hazleton Area School District
1515 West 23rd Street
Hazleton Township, PA 18202

shall deduct from said Debtor's income the total sum identified below from each bi-weekly paycheck, beginning on the next day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee / Trustee | Amount Per Bi-Weekly Pay | Memo Line Text |
|---|---|---|
| Jack N. Zaharopoulos (Trustee) PO Box 6008 Memphis, TN 38101 | $96.92 | 5:22-bk-00419-MJC |

**IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the case number 5:22-bk-00419-MJC on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this ORDER supersedes previous Orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that this Order will terminate without further Order on March 31, 2027, if it is not terminated by an earlier Order from this Court.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 31, 2023