UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

IN RE:    ERICA  BERTA            CASE NO:   22-00419

                                             CHAPTER:   13

        Debtor (s)

### **Change of Address – Notifications for Creditor**

As to Claim  1-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**.  Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com

_____7/10/2024_____          /s/ LaDonna Broadway_____
                                     Bankruptcy Processor
                                     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

## <u>CERTIFICATE OF SERVICE</u>

Middle District of Pennsylvania (Wilkes-Barre)

IN RE:    ERICA  BERTA                          CASE NO:    22-00419

                                                CHAPTER:    13

        Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on
_____7/10/2024_____, I served a true and correct copy of the above notice of address change on the
Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not
represented by counsel.


____7/10/2024____                              /s/ LaDonna Broadway_____
                                              Bankruptcy Processor
                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.