United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Erica Lelah Berta
    Debtor

Case No. 22-00419-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke           Page 1 of 3

Date Rcvd: Jul 11, 2024          Form ID: pdf010          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Erica Lelah Berta, 193 Bell Bend Rd, Berwick, PA 18603-6814 |
| 5463742 | | Aes/Cross Valley Fcu, 640 Baltimore Dr, Wilkes Barre, PA 18702-7943 |
| 5463740 | | Berta Erica Lelah, 193 Bell Bend Rd, Berwick, PA 18603-6814 |
| 5463745 | | Brian David Berta, 193 Bell Bend Rd, Berwick, PA 18603-6814 |
| 5463750 | | FM/Citizens/Nelnet, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5463757 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5467913 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5463762 | | Volkeswagon Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2024 18:46:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 11 2024 18:46:56 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5463743 | | Email/Text: bncnotifications@pheaa.org | Jul 11 2024 18:40:00 | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5463744 | | Email/Text: bncnotifications@pheaa.org | Jul 11 2024 18:40:00 | American Education Services/Pheaa, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5474708 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 11 2024 18:40:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5463749 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 11 2024 18:40:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5463746 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:46:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5463747 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:46:57 | Capital One Bank (USA) NA, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 5465560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:46:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5463748 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:46:49 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5463741 | | Email/Text: mylawyer@jpplaw.com | Jul 11 2024 18:40:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5463751 | | Email/Text: Documentfiling@lciinc.com | Jul 11 2024 18:40:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 5463752 | | Email/Text: Documentfiling@lciinc.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 11 2024 18:40:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 5473268 | + Email/Text: Documentfiling@lciinc.com | Jul 11 2024 18:40:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 5463753 | Email/Text: camanagement@mtb.com | Jul 11 2024 18:40:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5463754 | Email/Text: camanagement@mtb.com | Jul 11 2024 18:40:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5468804 | Email/Text: camanagement@mtb.com | Jul 11 2024 18:40:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5463755 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 11 2024 18:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5463756 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 11 2024 18:40:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5463757 | ^ MEBN | Jul 11 2024 18:34:37 | Ratchford Law Group, PC, 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5465214 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 11 2024 18:40:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5463758 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 18:46:46 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 5463802 | + Email/PDF: ebn_ais@aisinfo.com | Jul 11 2024 18:46:36 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5463759 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 18:46:56 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5473248 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 11 2024 18:40:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5472242 | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2024 18:46:36 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5463760 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 11 2024 18:40:00 | Verizon Wireless Bankruptcy Admin, PO Box 3397, Bloomington, IL 61702-3397 |
| 5463761 | ^ MEBN | Jul 11 2024 18:34:25 | Vital Recovery Services, LLC, PO Box 923747, Norcross, GA 30010-3747 |
| 5464884 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 11 2024 18:46:47 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |
| 5463763 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 11 2024 18:46:55 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 5463764 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 11 2024 18:46:36 | Wells Fargo Dealer Svc, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5474048 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Erica Lelah Berta MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Erica Lelah Berta | : | Case No.: 5:22-bk-00419-MJC |
| | : | |
| Debtor | : | Motion to Voluntarily Dismiss Case |

## ORDER

Upon consideration of Debtor's Motion to Voluntarily Dismiss Debtor's Chapter 13 Case, Dkt. # 39 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 10, 2024