## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Erica Lelah Berta a/k/a Erica Berta a/k/a Erica L. Berta** | **BK NO. 22-00419 MJC** |
| **Debtor(s)** | **Chapter 13** |
| **Rocket Mortgage, LLC fka Quicken Loans, LLC** | **Related to Claim No. 2** |
| **Movant** | |
| **vs.** | |
| **Erica Lelah Berta a/k/a Erica Berta a/k/a Erica L. Berta** | |
| **Debtor(s)** | |
| **Jack N. Zaharopoulos,** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 27, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Erica Lelah Berta a/k/a Erica Berta a/k/a Erica L. Berta
193 Bell Bend Road
Berwick, PA 18603-6814

<u>Attorney for Debtor(s)</u>
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street (VIA ECF)
Wilkes Barre, PA 18701

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>October 27, 2022</u>

<u>**/s/Michael P. Farrington, Esq.**</u>
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com